UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JESSE JAMES CASTON**<br>     **LA. DOC #101028** | **CIVIL ACTION NO. 14-0885** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN JERRY GOODWIN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus*, insofar as it raises a claim of ineffective assistance of trial counsel, be deemed second and successive and **DISMISSED** for lack of jurisdiction because petitioner did not obtain permission from the United States Fifth Circuit Court of Appeals prior to filing.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus*, insofar as it claims ineffective assistance of post-conviction counsel, be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**MONROE, LOUISIANA,** this 27th day of June, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE